UNITED STATES of America, as Owner of THE Steam Dredge NAVESINK, Appellee, v. STANDARD TRANSPORTATION COMPANY, Appellant. Consolidated Cause.

No. 236.

Circuit Court of Appeals, Second Circuit.

Feb. 13, 1934.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer, of New York City, of counsel), for appellant.

Martin Conboy, U. S. Atty., of New York City, Charles E. Wythe, Sp. Asst. U. S. Atty., of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Interlocutory decree affirmed.

---

UNITED STATES ex rel. Dominick AGNELLO, Relator-Appellant, v. Edward CORSI, as Commissioner, etc., Respondent-Appellee.

No. 221.

Circuit Court of Appeals, Second Circuit.

Jan. 8, 1934.

William I. Cohen, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Earle N. Bishopp, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

---

UNITED STATES of America ex rel. Lillian AIMI, Next Friend of Michael Aimi, Relator-Appellant, v. Edward CORSI, Commissioner of Immigration at Ellis Island, New York Harbor, New York, Respondent-Appellee.

No. 288.

Circuit Court of Appeals, Second Circuit.

Jan. 22, 1934.

Sol Woronoff, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Bronson Goddard, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.